**CASE: 01-18-00709-CV**

Case:

**01-18-00709-CV**

Date Filed:

08/06/2018

Case Type:

Contract

Style:

Royce Hassell

v.:

Hassell Construction Co., Inc. et al

Orig Proc:

No

Transfer From:


Transfer In:


Transfer Case:


Transfer To:


Transfer Out:


Pub Service:

### APPELLATE BRIEFS

| Date | Event Type | Description | Document |
|---|---|---|---|
| No briefs. | | | |

### CASE EVENTS

| Date | Event Type | Disposition | Document | |
|---|---|---|---|---|
| 08/27/2018 | Reporters record due | | | |
| 08/27/2018 | Response disposed | | | |
| 08/27/2018 | Court fee due | | | |
| 08/27/2018 | Docketing statement due | | | |
| 08/23/2018 | Letter issued by the court | | [ PDF/204 KB ] | Corrected Notice |
| | | | [ PDF/100 KB ] | Notice |
| 08/21/2018 | Clerks notice to court regarding status of record | | [ PDF/114 KB ] | Information Sheet |
| 08/21/2018 | Letter issued by the court | | [ PDF/204 KB ] | Notice |
| | | | [ PDF/102 KB ] | Notice |
| 08/17/2018 | Court reporters information sheet sent | | [ PDF/273 KB ] | Information Sheet |
| 08/16/2018 | Order entered | Issue sua sponte order | [ PDF/123 KB ] | Other |
| | | | [ PDF/81 KB ] | Notice |
| 08/16/2018 | No clerks record filed in civil case | | [ PDF/89 KB ] | Notice |
| 08/13/2018 | Record due | | | |
| 08/10/2018 | Suggestion of bankruptcy filed | | [ PDF/447 KB ] | Notice |
| 08/08/2018 | Suggestion of bankruptcy filed | | [ PDF/154 KB ] | Bankruptcy |
| 08/06/2018 | Case began in court of appeals | | [ PDF/145 KB ] | Notice |
| 08/06/2018 | Notice of appeal received | | [ PDF/591 KB ] | Letter of Assignment |
| | | | [ PDF/95 KB ] | Notice |
| 08/03/2018 | Notice of appeal filed in trial court | | | |

| Date | Event Type | Disposition | Document |
|---|---|---|---|
| 07/23/2018 | Judgment signed by trial court judge | | |
| 07/02/2018 | Appeal stayed | Abated | |
| 07/02/2018 | Bankruptcy petition filed in bankruptcy court (authenicated copy filed in this Court.) | | |

## CALENDARS

| Set Date | Calendar Type | Reason Set |
|---|---|---|
| 07/02/2018 | Status | Bankruptcy |
| 07/02/2018 | Status | Appeal abated |

## PARTIES

| Party | PartyType | Representative |
|---|---|---|
| Hassell Construction Co., Inc. et al | Appellee | Bogdan Rentea |
| Hassell, Royce | Appellant | Silvia T. Hassell |

## TRIAL COURT INFORMATION

Court

61st District Court

County

Harris

Court Judge

Honorable Judge 61st District Court

Court Case

2016-87708

Reporter

Court Reporter 61st District Court

Punishment

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site