

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

CORRECTED NOTICE REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:         Royce Hassell v. Hassell Construction Co., Inc., et al.

Appellate case number:       01-18-00709-CV

Trial court case number:     2016-87708

Trial court:                 61st District Court of Harris County

      This appeal is stayed pursuant to the "Amended Notice of Bankruptcy Pursuant to TRAP Rule 8" that appellant, Royce Hassell, filed in this Court on August 10, 2018.  The Amended Notice states that (1) on June 30, 2018, appellant-owned The R. Hassell Holding Companies, Inc. ("RHHC") filed a chapter 11 petition for relief, assigned to Case No. 18-33541, in the United States Bankruptcy Court for the Southern District of Texas; (2) on July 2, 2018, R. Hassell & Co., Inc. ("RHC"), owned by RHHC, filed a chapter 11 petition for relief, assigned to Case No. 18-33608, in the United States Bankruptcy Court for the Southern District of Texas; (3) on July 2, 2018, R. Hassell Builders, Inc. ("RHB"), owned by RHHC, filed a chapter 11 petition for relief, assigned to Case No. 18-33619, in the United States Bankruptcy Court for the Southern District of Texas; and (4) RHC, RHB, and RHHC are general partners in the Hassell 2012 Joint Venture, a Texas general partnership, against which an involuntary bankruptcy petition was filed on March 8, 2018, by one appellee, Phillip Hassell, which was assigned to Case No. 18-31189, in the United States Bankruptcy Court for the Southern District of Texas.  *See* 11 U.S.C. § 362(a) (automatic stay in bankruptcy).

      Until the parties notify the Court that the bankruptcies have concluded and move to reinstate this appeal, the Court will take no further action on this appeal other than to receive and hold any documents tendered during the period of suspension.  *See* TEX. R. APP. P. 8.2 (providing bankruptcy suspends "the appeal" from date bankruptcy petition was filed until court reinstates or severs appeal in accordance with federal law).

Unless a party successfully moves to reinstate the appeal or sever the appeal with respect to the bankrupt party, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

Clerk's signature: _____

Date: August 23, 2018



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
RUSSELL LLOYD
JENNIFER CAUGHEY
 JUSTICES

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE:  713-274-2700

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

Thursday, August 23, 2018

Silvia T. Hassell
12807 Haynes Rd., Bldg,. C
Houston, TX 77066-1123
* DELIVERED VIA E-MAIL *

Bogdan Rentea
Rentea & Associates
700 Lavaca, suite 1400
Austin, TX 78701-0000
* DELIVERED VIA E-MAIL *

**RE:**   **Court of Appeals Number:**  01-18-00709-CV
       **Trial Court Case Number:**  2016-87708

**Style:**  Royce  Hassell v. Hassell Construction Co., Inc. et al

On this date, a notice was issued in the above-referenced cause.  You may obtain a copy of the Court's notice at http://www.search.txcourts.gov/CaseSearch.aspx?coa=coa01&s=c.

If you have been required to provide a valid e-mail address to the Court and accept electronic service as outlined in Rule 9.1(a) and 9.4(g) of the Texas Rules of Appellate Procedure, a copy of this Notice of Distribution will be sent to you electronically via email.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/1stCOA.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Michelle Gentile, Chief Deputy Clerk

cc:    The Honorable Harris County District Clerk's Office - Civil (DELIVERED VIA E-MAIL)

**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**
**CIVIL/FAMILY POST TRIAL**

**DATE:** **8/21/2018**

**FIRST COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/21/2018 8:00:55 PM
CHRISTOPHER A. PRINE
Clerk

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the First Court of Appeals immediately, in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* **01-18-00709-CV**

*Trial Court Case Number:* **2016-87708**

*Trial Court Number* **61ST**

---

**Information from Trial Court Clerk**

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

__X__ The clerk's record will not be filed by the original due date. (Please state reasons below)
Reason(s): **Appellant has yet to pay for Clerk's Record; Due $201.00**.

I believe I can file the clerk's record by _____, and I request an extension.

__X__ Appellant has not made payment arrangements.
__X__ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

**Clerk's Signature:** **/S/ DUANE C. GILMORE** _____
DUANE C. GILMORE,
Civil/Family Post Trial Clerk
Harris County District Clerk

District Clerk's LetterOnReceipt NOAatt.wpd



**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:        Royce Hassell v. Hassell Construction Co., Inc., et al.

Appellate case number:      01-18-00709-CV

Trial court case number:    2013-87708

Trial court:                61st District Court of Harris County

This appeal is stayed pursuant to the "Amended Notice of Bankruptcy Pursuant to TRAP Rule 8" that appellant, Royce Hassell, filed in this Court on August 10, 2018. The Amended Notice states that (1) on June 30, 2018, appellant-owned The R. Hassell Holding Companies, Inc. ("RHHC") filed a chapter 11 petition for relief, assigned to Case No. 18-33541, in the United States Bankruptcy Court for the Southern District of Texas; (2) on July 2, 2018, R. Hassell & Co., Inc. ("RHC"), owned by RHHC, filed a chapter 11 petition for relief, assigned to Case No. 18-33608, in the United States Bankruptcy Court for the Southern District of Texas; (3) on July 2, 2018, R. Hassell Builders, Inc. ("RHB"), owned by RHHC, filed a chapter 11 petition for relief, assigned to Case No. 18-33619, in the United States Bankruptcy Court for the Southern District of Texas; and (4) RHC, RHB, and RHHC are general partners in the Hassell 2012 Joint Venture, a Texas general partnership, against which an involuntary bankruptcy petition was filed on March 8, 2018, by one appellee, Phillip Hassell, which was assigned to Case No. 18-31189, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (automatic stay in bankruptcy).

Until the parties notify the Court that the bankruptcies have concluded and move to reinstate this appeal, the Court will take no further action on this appeal other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2 (providing bankruptcy suspends "the appeal" from date bankruptcy petition was filed until court reinstates or severs appeal in accordance with federal law).

Unless a party successfully moves to reinstate the appeal or sever the appeal with respect to the bankrupt party, this appeal will be an inactive case on the Court's docket. *See* Tex. R. App. P. 8.3.

Clerk's signature: _____

Date: August 21, 2018



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
RUSSELL LLOYD
JENNIFER CAUGHEY
 JUSTICES

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE:  713-274-2700

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

Tuesday, August 21, 2018

Silvia T. Hassell
12807 Haynes Rd., Bldg,. C
Houston, TX 77066-1123
* DELIVERED VIA E-MAIL *

Court Reporter 61st District Court
Harris County Civil Courthouse
201 Caroline, 9th Fl
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Bogdan Rentea
Rentea & Associates
700 Lavaca, suite 1400
Austin, TX 78701-0000
* DELIVERED VIA E-MAIL *

RE:   **Court of Appeals Number:**  01-18-00709-CV
      **Trial Court Case Number:**  2016-87708

**Style:**  Royce  Hassell v. Hassell Construction Co., Inc. et al

On this date, a notice was issued in the above-referenced cause.  You may obtain a copy of the Court's notice at http://www.search.txcourts.gov/CaseSearch.aspx?coa=coa01&s=c.

If you have been required to provide a valid e-mail address to the Court and accept electronic service as outlined in Rule 9.1(a) and 9.4(g) of the Texas Rules of Appellate Procedure, a copy of this Notice of Distribution will be sent to you electronically via email.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/1stCOA.

Sincerely,

Christopher A. Prine, Clerk of the Court
By Michelle Gentile, Chief Deputy Clerk

cc:   The Honorable Harris County District Clerk's Office - Civil (DELIVERED VIA E-MAIL)
      Judge 61st District Court (DELIVERED VIA E-MAIL)



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/17/2018 10:54:57 AM
CHRISTOPHER A. PRINE
Clerk

# FIRST COURT OF APPEALS

INFORMATION SHEET BY COURT REPORTERS

***You are expected to file the reporter's record by the original due date****. See Tex. R. App. P.35. If a reporter determines that the due date may not be met, please advise the Clerk of the Court of Appeals immediately in writing, stating the reason and the due date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original record due date, each extension not to exceed 30 days in regular appeals and 10 days in accelerated appeals for a total period not to exceed 60 days in regular appeals and 20 days in accelerated appeals.*

*Appellate Case Number:*                    *Trial Court Case Number:*

| (1)  Is there a Reporter's Record? | Y | N |
|---|---|---|

| (2)  Are you the only court reporter involved in this appeal? | Y | N |
|---|---|---|

**If not**, please provide the names and addresses of all other court reporters below.

| (3) Has the appellant requested that the reporter's record be prepared or has the trial court ordered that the record be prepared? | Y | N |
|---|---|---|

(4) Please select from the following options:
   A. The appellant has paid for the record.
   B. The appellant has made arrangements to pay for the record
   C. The appellant is appealing as indigent.
   D. The appellant has not paid or made arrangements to pay for the
       record and is not appealing as indigent.

(5) Extension (fill out if extension is required for any reason other than payment)
 I was unable to file the record in this appeal by _____. I expect the record in this appeal to be approximately _____ pages. The record covers _____days of testimony. I believe that I can file the record by _____. I ask that the court grant an extension until that time for filing the record.
Additional Comments: _____

**Court Reporter's Signature, Full Address, Email Address and Telephone Number:**

_____

_____

**Order filed, August 16, 2018.**



In The

## Court of Appeals
**For The**

## First District of Texas
_____

### NO. 01-18-00709-CV

**ROYCE  HASSELL, Appellant**

**V.**

**HASSELL CONSTRUCTION CO., INC. ET AL, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case 2016-87708**

---

## ORDER

The reporter's record in this case was due 08/13/2018.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM



**SHERRY RADACK**
 **CHIEF JUSTICE**

**TERRY JENNINGS**
**EVELYN KEYES**
**LAURA CARTER HIGLEY**
**JANE BLAND**
**MICHAEL MASSENGALE**
**HARVEY BROWN**
**RUSSELL LLOYD**
**JENNIFER CAUGHEY**
 **JUSTICES**

**CHRISTOPHER A. PRINE**
 **CLERK OF THE COURT**

**JANET WILLIAMS**
 **CHIEF STAFF ATTORNEY**

**PHONE: 713-274-2700**

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

Thursday, August 16, 2018

Court Reporter 61st District Court
Harris County Civil Courthouse
201 Caroline, 9th Fl
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Judge 61st District Court
201 Caroline
9th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

**RE:**   **Court of Appeals Number:** 01-18-00709-CV **Trial Court Case Number:** 2016-87708

**Style:** Royce  Hassell
v.
Hassell Construction Co., Inc. et al

On this date, an order was issued in the above-referenced cause.  You may obtain a copy of the Court's order at http://www.search.txcourts.gov/CaseSearch.aspx?coa=coa01&s=c.

If you have been required to provide a valid e-mail address to the Court and accept electronic service as outlined in Rule 9.1(a) and 9.4(g), a copy of this Notice of Distribution will be sent to you electronically via email.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/1stCOA.

Sincerely,

Christopher A. Prine, Clerk of the Court
By Noemi E. Hernandez, Deputy Clerk

cc:    Silvia T. Hassell (DELIVERED VIA E-MAIL)
       The Honorable Harris County District Clerk's Office - Civil (DELIVERED VIA E-MAIL)

FILE COPY

Bogdan Rentea (DELIVERED VIA E-MAIL)

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

RE:  Case No. 01-18-00709-CV

Style:  Royce  Hassell
   v.  Hassell Construction Co., Inc. et al

   The clerk's record in this appeal has not been timely filed with this court. The court requests that the record be filed within 10 days of the date of this letter.  If the record is not filed by that date, I will refer the matter to the court.  If you are unable to file the record by that date, you should request an extension for the court to consider.  If the appellant has not made arrangements for paying for the record, please advise the court in writing.  See Tex. R. App. P. 35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

The Honorable Harris County  District Clerk's Office -
 Civil
Harris County District Clerk - Civil
201 Caroline, Ste 420
Houston, TX  77002
*DELIVERED VIA E-MAIL*

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

RE:  Case No. 01-18-00709-CV

Style:  Royce  Hassell
   v.  Hassell Construction Co., Inc. et al

   The clerk's record in this appeal has not been timely filed with this court. The court requests that the record be filed within 10 days of the date of this letter.  If the record is not filed by that date, I will refer the matter to the court.  If you are unable to file the record by that date, you should request an extension for the court to consider.  If the appellant has not made arrangements for paying for the record, please advise the court in writing.  See Tex. R. App. P. 35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

The Honorable Harris County  District Clerk's Office -
 Civil
Harris County District Clerk - Civil
201 Caroline, Ste 420
Houston, TX  77002*DELIVERED VIA E-MAIL*



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

        RE:  Case No. 01-18-00709-CV

Style:  Royce  Hassell
    v.  Hassell Construction Co., Inc. et al

    The clerk's record in this appeal has not been timely filed with this court.
The court requests that the record be filed within 10 days of the date of this
letter.  If the record is not filed by that date, I will refer the matter to the
court.  If you are unable to file the record by that date, you should request an
extension for the court to consider.  If the appellant has not made arrangements for
paying for the record, please advise the court in writing.  See Tex. R. App. P.
35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

                    The Honorable Harris County  District Clerk's Office -
                     Civil
                    Harris County District Clerk - Civil
                    201 Caroline, Ste 420
                    Houston, TX  77002
                    ***DELIVERED VIA E-MAIL***



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

        RE:  Case No. 01-18-00709-CV

Style:  Royce  Hassell
    v.  Hassell Construction Co., Inc. et al

    The clerk's record in this appeal has not been timely filed with this court.
The court requests that the record be filed within 10 days of the date of this
letter.  If the record is not filed by that date, I will refer the matter to the
court.  If you are unable to file the record by that date, you should request an
extension for the court to consider.  If the appellant has not made arrangements for
paying for the record, please advise the court in writing.  See Tex. R. App. P.
35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

                    The Honorable Harris County  District Clerk's Office -
                     Civil
                    Harris County District Clerk - Civil
                    201 Caroline, Ste 420
                    Houston, TX  77002***DELIVERED VIA E-MAIL***



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

RE:   Case No. 01-18-00709-CV

Style:  Royce  Hassell
    v.  Hassell Construction Co., Inc. et al

     The clerk's record in this appeal has not been timely filed with this court.
The court requests that the record be filed within 10 days of the date of this
letter.  If the record is not filed by that date, I will refer the matter to the
court.  If you are unable to file the record by that date, you should request an
extension for the court to consider.  If the appellant has not made arrangements for
paying for the record, please advise the court in writing.  See Tex. R. App. P.
35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

                        Judge  61st District Court
                        201 Caroline
                        9th Floor
                        Houston, TX  77002
                        *DELIVERED VIA E-MAIL*



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

RE:   Case No. 01-18-00709-CV

Style:  Royce  Hassell
    v.  Hassell Construction Co., Inc. et al

     The clerk's record in this appeal has not been timely filed with this court.
The court requests that the record be filed within 10 days of the date of this
letter.  If the record is not filed by that date, I will refer the matter to the
court.  If you are unable to file the record by that date, you should request an
extension for the court to consider.  If the appellant has not made arrangements for
paying for the record, please advise the court in writing.  See Tex. R. App. P.
35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

                        Court Reporter  61st District Court
                        Harris County Civil Courthouse
                        201 Caroline, 9th Fl
                        Houston, TX  77002*DELIVERED VIA E-MAIL*



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

RE:   Case No. 01-18-00709-CV

Style:   Royce  Hassell
  v.   Hassell Construction Co., Inc. et al

    The clerk's record in this appeal has not been timely filed with this court.
The court requests that the record be filed within 10 days of the date of this
letter.  If the record is not filed by that date, I will refer the matter to the
court.  If you are unable to file the record by that date, you should request an
extension for the court to consider.  If the appellant has not made arrangements for
paying for the record, please advise the court in writing.  See Tex. R. App. P.
35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

                    Court Reporter  61st District Court
                    Harris County Civil Courthouse
                    201 Caroline, 9th Fl
                    Houston, TX  77002
                    *DELIVERED VIA E-MAIL*



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

RE:   Case No. 01-18-00709-CV

Style:   Royce  Hassell
  v.   Hassell Construction Co., Inc. et al

    The clerk's record in this appeal has not been timely filed with this court.
The court requests that the record be filed within 10 days of the date of this
letter.  If the record is not filed by that date, I will refer the matter to the
court.  If you are unable to file the record by that date, you should request an
extension for the court to consider.  If the appellant has not made arrangements for
paying for the record, please advise the court in writing.  See Tex. R. App. P.
35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

                    Silvia T.  Hassell
                    12807 Haynes Rd., Bldg,. C
                    Houston, TX  77066-1123*DELIVERED VIA E-MAIL*

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, August 16, 2018

RE:  Case No. 01-18-00709-CV

Style:  Royce  Hassell
   v.  Hassell Construction Co., Inc. et al

    The clerk's record in this appeal has not been timely filed with this court. The court requests that the record be filed within 10 days of the date of this letter.  If the record is not filed by that date, I will refer the matter to the court.  If you are unable to file the record by that date, you should request an extension for the court to consider.  If the appellant has not made arrangements for paying for the record, please advise the court in writing.  See Tex. R. App. P. 35.3(a)(2)and (b)(3).

T. C. Case # 2016-87708                    Christopher A. Prine, Clerk of the Court

Bogdan  Rentea
Rentea & Associates
700 Lavaca, suite 1400
Austin, TX  78701-0000
*DELIVERED VIA E-MAIL*

ACCEPTED
01-18-00709-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/10/2018 11:56 AM
CHRISTOPHER PRINE
CLERK

## Cause No. 01-18-00709-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/10/2018 11:56:03 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FIRST JUDICIAL DISTRICT
# AT HOUSTON, TEXAS

_____

## ROYCE HASSELL,

### Appellant,


## v.

## MICHAEL HASSELL, PHILLIP HASSELL, SHAWN HASSELL POTTS AND JASON HASSELL,

### Appellees.


## On Appeal from the 61st Judicial District Court of Harris County, Texas

## Trial Court Cause No. 2016-87708

_____

## AMENDED NOTICE OF BANKRUPTCY PURSUANT TO TRAP RULE 8

_____

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW ROYCE HASSELL, Appellant AND R. Hassell & Co., Inc. and R. Hassell Builders, Inc. (herein jointly "RHC"), Third Party Defendants in related case Numbers 2013-61995A and file this amended notice pursuant to Rule 8 of the Texas Rules of Appellate Procedure, "Bankruptcy in Civil Cases:"

A.     Parties

1.     Appellant is Royce Hassell;

2.     Interested third parties are R. Hassell & Co., Inc. and R. Hassell Builders, Inc. ("RHB") which are plaintiffs in the related case Number 2013-61995A;

3.     Appellees Michael Hassell, Phillip Hassell, Shawn Hassell Potts and Jason Hassell (Appellees);

B.     Legal Authority

4.     Rule 8.1 of the Texas Rules of Appellate procedure provides that "[a]ny party may file a notice that a party is in bankruptcy" which notice is to contain, "(a) the bankrupt party's name; (b) the court in which the bankruptcy proceeding is pending; (c) the bankruptcy proceeding's style and case number; and (d) the date when the bankruptcy proceeding was filed."

5.     Appellant and R. Hassell & Co., Inc. ("RHC") notify the Court as follows: on July 2, 2018, RHC filed a chapter 11 proceeding in the United States

Bankruptcy Court for the Southern District of Texas – Houston Divisio, Case No. 33608.  A copy of the petition is attached as Exhibit A'".  RHC is a corporation owned by The R. Hassell Holding Companies, Inc. ("RHHC"), which also filed on June 30, 2018, a chapter 11 proceeding in the United States Bankruptcy Court for the Southern District of Texas – Houston Division, Case No. 18-33541 (Exhibit D). RHHC, in turn, is owned by Appellant Royce Hassell. Additionally, Appellant and RHC notify the Court that on July 2, 2018, R. Hassell Builders, Inc. ("RHB"), a corporation owned by RHHC, which, in turn, is owned by Appellant Royce Hassell filed a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas in Case No. 18-33619, styled *In re R. Hassell Builders, Inc., Debtor.*  A copy of the petition is attached as Exhibit "B."

6.     RHC, RHB and RHHC are general partners in the Hassell 2012 Joint Venture, a Texas general partnership, against which an involuntary bankruptcy petition was filed on March 8, 2018, in the United States Bankruptcy Court for the Southern District of Texas – Houston Division, Case No. 18-31189, which Involuntary Petition (Exhibit "C")was signed by one of the Appellees, Phillip Hassell (Exhibit C), as the president of another general partner, Hassell Construction Co., Inc.

7.     Pursuant to the United States Bankruptcy Code, the commencement of the above-described bankruptcy cases triggered an automatic stay which precludes

further prosecution of claims pertaining to the bankruptcy estate of the Hassell 2012 Joint Venture, R. Hassell & Co., Inc. and R. Hassell Builders, Inc. *See* 11 U.S.C. Section 362(a).  The current lawsuit may involve claims and causes of action that are precluded by the automatic stay imposed pursuant to the Involuntary Bankruptcy Case.

8.     For the above reasons, Appellant and interested parties, RHC, pray the Court take notice of such bankruptcy filing and acknowledge the prohibitions of the automatic stay until further appropriate court orders.

Respectfully submitted this 9th day of August, 2018.

Respectfully submitted,

**PENDERGRAFT & SIMON, LLP**

*/s/ Leonard H. Simon*
By: Leonard H. Simon, Esq.
TBN: 18387400; SDOT: 8200
lsimon@pendergraftsimon.com
Robert L. Pendergraft
TBN: 15743500; SDOT: 730
rlp@pendergraftsimon.com
America Tower
2929 Allen Parkway, Suite 200
Houston, Texas 77019
(713) 737-8207 (Direct Phone)
(832) 202-2810 (Direct Fax)
(713) 528-8555 (Main Phone)
(713) 868-1267 (Main Fax)

**ATTORNEY FOR ROYCE HASSELL
AND R. HASSELL & COMPANY, INC
AND R. HASSELL BUILDERS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2018, a true and correct copy of the above *Amended Notice of Bankruptcy Pursuant to T.R.A.P. 8* has been served on all counsel of record in accordance by Texas E-File and Serve as follows:

Bogdan Rentea
Rentea & Associates
700 Lavaca, Suite 1400
Austin, Texas 78701
brentea@rentealaw.com

*/s/ Leonard H. Simon*
Leonard H. Simon

# EXHIBIT "A"

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | |
|---|---|
| 1. Debtor's name | **R. Hassell & Co., Inc.** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

7 6 – 0 3 4 6 4 9 4

4. Debtor's address

**Principal place of business**

**12807 Haynes Rd, Bldg C**
Number    Street

_____

**HOUSTON          TX    77066-1123**
City                State    ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                State    ZIP Code

5. Debtor's website (URL)

_____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **R. Hassell & Co., Inc.** _____ Case number (if known) _____

**7. Describe debtor's business**

**A. Check one:**

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B. Check all that apply:**

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. _Check all that apply:_
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes. District **Southern District of Texas - H** When **02/05/2015** Case number **15-30781**
  
  MM / DD / YYYY

  District **Southern District of Texas - H** When **02/05/2015** Case number **15-32751**

  MM / DD / YYYY

  District _____ When _____ Case number _____

  MM / DD / YYYY

Debtor **R. Hassell & Co., Inc.** _____  Case number (if known) _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| List all cases. If more than 1, attach a separate list. | ☑ Yes. Debtor **Hassell 2012 Joint Venture** ___  Relationship **Debtor is Partner** ___ |

Debtor **Hassell 2012 Joint Venture**   Relationship **Debtor is Partner**

District **Southern District of Texas - Houston Div**   When **02/08/2018**
MM / DD / YYYY

Case number, if known **18-31189**

Debtor **R. Hassell Holding Company, Inc.**   Relationship **Debtor is 100% Subsi**

District **Southern District of Texas - Houston Div**   When **06/29/2018**
MM / DD / YYYY

Case number, if known **18-33541**

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number        Street

_____

_____
City        State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency   _____

Contact name   _____

Phone   _____

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor __R. Hassell & Co., Inc.__                                    Case number (if known) _____

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |
| 15. | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

                                 ■ I have been authorized to file this petition on behalf of the debtor.

                                 ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/02/2018__
                   MM / DD / YYYY

**X** __/s/ Royce J. Hassell__                          __Royce J. Hassell__
     Signature of authorized representative of debtor          Printed name

Title __President__

| 18. | **Signature of attorney** | **X** __/s/ Leonard H. Simon__ | Date __07/02/2018__ |
|---|---|---|---|

                           Signature of attorney for debtor                          MM / DD / YYYY

                           **Leonard H. Simon**
                           Printed name

                           **Pendergraft & Simon**
                           Firm name

                           **The American Tower**
                           Number       Street

                           **2929 Allen Parkway Suite 200**

                           **Houston**                  **TX**        **77019**
                           City                        State       ZIP Code

                           **(713) 528-8555**           **lsimon@pendergraftsimon.com**
                           Contact phone                 Email address

                           **TBN-18387400 SDOT-8200**
                           Bar number                   State

# EXHIBIT "B"

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R. Hassell Builders, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7  6  –  0  5  0  2  5  1  4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12807 HAYNES RD BLDG C**<br>Number     Street | Number     Street |
| | P.O. Box |
| **HOUSTON**     **TX**     **77066-1123**<br>City                        State      ZIP Code | City                        State      ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number     Street |
| | City                        State      ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **R. Hassell Builders, Inc.**            Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

_____  _____  _____  _____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☐ No |
| | If more than 2 cases, attach a separate list. | ☑ Yes. District **Southern District of Texas - H** When **02/05/2015** Case number **15-30781** |

                               MM / DD / YYYY

                    District **Southern District of Texas - H** When **02/05/2015** Case number **15-32751**

                               MM / DD / YYYY

                    District _____ When _____ Case number _____

                               MM / DD / YYYY

Debtor  R. Hassell Builders, Inc.                                    Case number (if known) _____

| | | |
|---|---|---|

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor **Hassell 2012 Joint Venture**          Relationship **Debtor is Partner**

District **Southern District of Texas - Houston Di** When    **02/28/2018**
                                                            MM / DD / YYYY
Case number, if known  **18-31189**

Debtor **R. Hassell Holding Company, Inc.**      Relationship **Debtor is 100% Subsi**

District **Southern District of Texas - Houston Di** When    **06/29/2018**
                                                            MM / DD / YYYY
Case number, if known  **18-33541**

11. Why is the case filed in *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention?    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street

                       _____

                       City                                State    ZIP Code

Is the property insured?

☐ No
☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

## Statistical and adminstrative information

13. Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **R. Hassell Builders, Inc.**                                Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| 14. **Estimated number of creditors** | ☑ | 1-49 | ☐ | 1,000-5,000 | ☐ | 25,001-50,000 |
| | ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| | ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| | ☐ | 200-999 | | | | |
| 15. **Estimated assets** | ☐ | $0-$50,000 | ☑ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |
| 16. **Estimated liabilities** | ☑ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/02/2018**
MM / DD / YYYY

X **/s/ Royce J. Hassell**                              **Royce J. Hassell**
Signature of authorized representative of debtor        Printed name

Title **President**

18. **Signature of attorney**

X **/s/ Leonard H. Simon**                              Date **07/02/2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Leonard H. Simon**
Printed name

**Pendergraft & Simon**
Firm name

**The American Tower**
Number        Street

**2929 Allen Parkway Suite 200**

**Houston**                    **TX**        **77019**
City                          State        ZIP Code

**(713) 528-8555**                         **lsimon@pendergraftsimon.com**
Contact phone                              Email address

**TBN-18387400 SDOT-8200**
Bar number                                 State

# EXHIBIT "C"

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
                      (State)

Case number (*if known*): _____ Chapter 7

❑ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| **Part 1:** | **Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed** |
|---|---|

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ❑ Chapter 11

| **Part 2:** | **Identify the Debtor** |
|---|---|

2. **Debtor's name**

   Hassell 2012 Joint Venture

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ❑ Unknown

   4 7 – 2 9 8 5 8 4 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   12512  Cutten Road
   Number  Street

   Suite A

   Houston          TX    77066
   City             State  ZIP Code

   Harris
   County

   **Mailing address, if different**

   _____ _____
   Number  Street

   _____
   P.O. Box

   _____
   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____ _____
   Number  Street

   _____
   City             State  ZIP Code

Debtor  **Hassell 2012 Joint Venture**                          Case number (if known)_____
_____
Name

| | |
|---|---|
| **6.** | **Debtor's website** (URL) _____ |

| | |
|---|---|
| **7.** | **Type of debtor** |

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☒ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

| | |
|---|---|
| **8.** | **Type of debtor's business** |

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

| | |
|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** |

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
                                      MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
                                      MM / DD / YYYY

## Part 3: Report About the Case

| | |
|---|---|
| **10.** | **Venue** |

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

| | |
|---|---|
| **11.** | **Allegations** |

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| | |
|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** |

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Hassell 2012 Joint Venture
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Hassell Construction Co., Inc. | Partner 303(b)(3)(A) | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:     Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Hassell Construction Company, Inc.
Name

12522 Cutten Rd
Number    Street

Houston                    TX           77066
City                       State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

James P. Hassell, President
Name

12522 Cutten Rd
Number    Street

Houston                    TX           77066
City                       State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/07/2018
            MM / DD / YYYY

✖ /s/James P.Hassell
Signature of petitioner or representative, including representative's title

Ron Satija
Printed name

Hajjar Peters LLP
Firm name, if any

3144 Bee Caves Rd
Number    Street

Austin                     TX           78746
City                       State        ZIP Code

Contact phone (512) 637-4956    Email rsatija@legalstrategy.com

Bar number  24039158

State       Texas

✖ /s/ Ron Satija
Signature of attorney

Date signed  03/08/2018
            MM / DD / YYYY

---

Debtor    Hassell 2012 Joint Venture

Name

Case number *(if known)* _____

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____ _____ _____
City                 State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____ _____ _____
City                 State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City                 State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
               MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____ _____ _____
City                 State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____ _____ _____
City                 State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City                 State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
               MM / DD / YYYY

# EXHIBIT "D"

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R. Hassell Holding Companies, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7 6 – 0 6 5 7 7 3 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12807 HAYNES RD BLDG C** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **HOUSTON**          **TX**    **77066-1123** | |
| City          State    ZIP Code | City          State    ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City          State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **R. Hassell Holding Companies, Inc.** _____ Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☐ No |

☒ Yes. District **Southern District of Texas - H** When **02/05/2015** Case number **15-30781**
                                                                        MM / DD / YYYY

District **Southern District of Texas - H** When **02/05/2015** Case number **15-32751**
                                                                MM / DD / YYYY

District _____ When _____ Case number _____
                                                    MM / DD / YYYY

Debtor **R. Hassell Holding Companies, Inc.**        Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| | | ☑ Yes. Debtor **Hassell 2012 Joint Venture**   Relationship **Debtor is Partner** |
| | List all cases. If more than 1, attach a separate list. | District **Southern District of Texas - Houston Div**   When **03/08/2018** |
| | |        MM / DD / YYYY |
| | | Case number, if known **18-31189** |
| | | |
| | | Debtor _____   Relationship _____ |
| | | District _____   When _____ |
| | |        MM / DD / YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?**    *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____

        Number     Street

        _____

        City          State    ZIP Code

     **Is the property insured?**

     ☐ No
     ☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **R. Hassell Holding Companies, Inc.**      Case number (if known) _____

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/29/2018**
         MM / DD / YYYY

X **/s/ Royce J. Hassell**          **Royce J. Hassell**
Signature of authorized representative of debtor     Printed name

Title **President**

| 18. | **Signature of attorney** | X **/s/ Leonard H. Simon**      Date **06/29/2018** |

Signature of attorney for debtor              MM / DD / YYYY

**Leonard H. Simon**
Printed name

**Pendergraft & Simon**
Firm name

**The American Tower**
Number      Street

**2929 Allen Parkway Suite 200**

**Houston**          **TX**      **77019**
City                 State      ZIP Code

**(713) 528-8555**          **lsimon@pendergraftsimon.com**
Contact phone                Email address

**TBN-18387400 SDOT-8200**
Bar number                State

AMI
710 N. Post Oak Road, Suite 208
Houston, TX 77024


Barry Conge Harris LLP
1800 West Loop South, Suite 750
Houston, TX 77027


Buck Keenan, LLP
700 Louisiana, Suite 5100
Houston, TX 77002


Carol Davis Reporting, Records & Video,
7838 Hillmont
Houston, TX 77040


Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014


Coats Rose Judgment


Ford 2015 F250
P.O. Box 15271
Irving, TX 75015-2271


Ford 2017 F250
P.O. Box 15271
Irving, TX 75015-2271


Ford 2017 F450
P.O. Box 15271
Irving, TX 75015-2271

Ford Mustang
P.O. Box 15271
Irving, TX 75015-2271


HSSK
952 Echo Lane, Suite 200
Houston, TX 77024


Interface Consulting Int'l, Inc.
One Riverway, Ste. 2350
Houston, TX 77056


Juan Gonzalez
5302 Maple
Bellaire, TX 77401


Lexitas
P..O. Box 4227
Houston, TX 77210-4227


Locke Lord LLP
600 Travis, Suite 2800
Houston, TX 77002


Omnivere, LLC
P.O. Box 71727
Chicago, IL 60694-1727


R. Hassell & Co., Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066


R. Hassell Builders, Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066

R. Hassell Properties, Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066


Royce & Silvia Hassell (retainer for Int
5302 Maple
Bellaire, TX 77401


Royce J. Hassell
12807 Haynes Road, Bldg. C
Houston, TX 77066


Royce J. Hassell (reimb. legal bills pd.
5302 Maple
Bellaire, TX 77401


Texan Floor
2055 Silber, Suite 108
Houston, TX 77055


Texas Capital (Addendum 5)
2350 Lakeside Blvd., Suite 605
Richardson, TX 75082


Texas Capital (PC 200)
2350 Lakeside Blvd., Suite 605
Richardson, TX 75082


Texas Capital Bank (Addendum #3)
2350 Lakeside Boulevard, Suite 605
Richardson, TX 75082


Xact Data Discovery - DATX
P.O. Box 6594
Carol Stream, IL 60197-6594

ACCEPTED
01-18-00709-V
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/8/2018 2:34 PM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-18-00709-CV**

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/8/2018 2:34:42 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FIRST JUDICIAL DISTRICT
# AT HOUSTON, TEXAS

_____

## ROYCE HASSELL,

**Appellant,**


**v.**

## MICHAEL HASSELL, PHILLIP HASSELL, SHAWN HASSELL POTTS AND JASON HASSELL,

**Appellees.**


**On Appeal from the 61st Judicial District Court of Harris County, Texas**

**Trial Court Cause No. 2016-87708**

_____

## NOTICE OF BANKRUPTCY PURSUANT TO TRAP RULE 8
_____

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW ROYCE HASSELL, Appellant and interested parties R. Hassell & Co., Inc. and R. Hassell Builders, Inc. (herein jointly "RHC"), which are third party defendants in related case Numbers 2013-61995A; *R. Hassell & Co., Inc., et al v. CommunityBank of Texas, N.A.,* and file this notice pursuant to Rule 8 of the Texas Rules of Appellate Procedure, "Bankruptcy in Civil Cases:"

A.    Parties

1.    Appellant is Royce Hassell.

2.    Interested third parties are R. Hassell & Co., Inc. and R. Hassell Builders, Inc. ("RHB") which are plaintiffs in the related case Number 2013-61995A.

3.    Appellees are Michael Hassell, Phillip Hassell, Shawn Hassell Potts and Jason Hassell (Appellees).

B.    Legal Authority

4.    Rule 8.1 of the Texas Rules of Appellate procedure provides that "[a]ny party may file a notice that a party is in bankruptcy" which notice is to contain, "(a) the bankrupt party's name; (b) the court in which the bankruptcy proceeding is pending; (c) the bankruptcy proceeding's style and case number; and (d) the date when the bankruptcy proceeding was filed."

5.     Appellant and RHC notify the Court that on July 2, 2018, R. Hassell & Co., Inc., a corporation owned by Royce Hassell which is a partner in the Hassell 2012 Joint Venture, filed a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas in Cause No. 18-33608, styled, *In re R. Hassell & Co., Inc., Debtor.* A copy of the petition is attached as Exhibit A'".  Additionally, Appellant notifies the Court that on July 2, 2018, R. Hassell Builders, Inc., a corporation owned by Royce Hassell which corporation is a partner in the Hassell 2012 Joint Venture, filed a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas in Case No. 18-33619, styled *In re R. Hassell Builders, Inc., Debtor.*  A copy of the petition is attached as Exhibit "B."

6.     Additionally, Appellant and RHC notify the Court that on March 8, 2018, Appellee, Phillip Hassell, signed an involuntary bankruptcy petition on behalf of the Hassell 2012 Joint Venture, a partnership of corporations including Hassell Construction Company, Inc., RHC, RHB and RHHC (Exhibit C).  The case is still pending.

7.     Pursuant to the United States Bankruptcy Code, the commencement of the above-described bankruptcy cases triggered an automatic stay which precludes further prosecution of claims pertaining to the bankruptcy estate of the Hassell 2012 Joint Venture, R. Hassell & Co., Inc. and R. Hassell Builders, Inc.  *See* 11 U.S.C. Section 362(a).  The current lawsuit may involve claims and causes of action that

are precluded by the automatic stay imposed pursuant to the Involuntary Bankruptcy Case.

8.      For the above reasons, Appellant and interested parties pray the Court take notice of such bankruptcy filing and acknowledge the prohibitions of the automatic stay until further appropriate court orders.

Respectfully submitted this 8th day of August, 2018.

Respectfully submitted,

**PENDERGRAFT & SIMON, LLP**

*/s/ Leonard H. Simon*
By: Leonard H. Simon, Esq.
TBN: 18387400; SDOT: 8200
lsimon@pendergraftsimon.com
Robert L. Pendergraft
TBN: 15743500; SDOT: 730
rlp@pendergraftsimon.com
America Tower
2929 Allen Parkway, Suite 200
Houston, Texas 77019
(713) 737-8207 (Direct Phone)
(832) 202-2810 (Direct Fax)
(713) 528-8555 (Main Phone)
(713) 868-1267 (Main Fax)

**ATTORNEY FOR ROYCE HASSELL
AND R. HASSELL & COMPANY, INC
AND R. HASSELL BUILDERS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2018, a true and correct copy of the above *Notice of Bankruptcy Pursuant to T.R.A.P. 8* has been served on all counsel of record in accordance with the Texas Rules of Civil Procedure by Texas E-File and Serve.

*/s/ Leonard H. Simon*
Leonard H. Simon



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
RUSSELL LLOYD
JENNIFER CAUGHEY
 JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

August 7, 2018

Silvia T. Hassell
12807 Haynes Rd., Bldg,. C
Houston, TX 77066-1123
* DELIVERED VIA E-MAIL *

Bogdan Rentea
Rentea & Associates
700 Lavaca, suite 1400
Austin, TX 78701-0000
* DELIVERED VIA E-MAIL *

**RE:**   **Court of Appeals Number:** 01-18-00709-CV
   **Trial Court Case Number:** 2016-87708

**Style:** Royce  Hassell  v. Hassell Construction Co., Inc. et al

### GENERAL INFORMATION

On **Monday, August 6, 2018**, a letter of assignment from the **61st District Court** trial-court clerk and a copy of the notice of appeal filed by **Royce Hassell** in the trial court was received and docketed as Cause Number **01-18-00709-CV**.  This **Notice** contains information about some of the rules and procedures that govern prosecution of an appeal pending before the First Court of Appeals.

Texas Rule of Appellate Procedure 9.6 requires parties and counsel to communicate about a pending appeal only through the Clerk's office and they may not communicate with either the justices or their staff about a case.  It is also improper to send a document to the Court about an appeal unless a copy of it is served on all other parties to the appeal at the same time. *See* TEX. R. APP. P. 9.5(d), (e).

Effective January 1, 2014, **all attorneys in civil cases and criminal cases** must electronically file all documents (except a document submitted under seal or subject to a motion to seal) through the EfileTexas.gov electronic filing system.  A party representing themselves pro se (without an attorney) in a civil case, is encouraged to e-file documents, but is not required to do so.  Electronically filed documents must conform to TEX. R. APP. P. 9.4 and must be completed through EfileTexas.gov, http://www.efiletexas.gov. Electronically filed briefs must comply with TEX. R. APP. P. 9.4 and with the Texas Supreme Court's Redaction Guidelines found at http://www.supreme.courts.state.tx.us/ebriefs/RedactionGuidelines.pdf.

## INFORMATION ABOUT THE FILING FEE

Unless an appellant is exempt from paying filing fees or has established an inability to pay filing fees,  the appellant must pay the required $205 filing fee to prosecute the appeal.  *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless excused) and 20.1 (listing requirements for establishing an inability to pay costs).

This letter is **NOTICE** to the appellant that the required filing fee must be paid **within twenty (20) days** of the date of this notice.  A party who files electronically may pay by credit card through the Tex.gov process.  Or, a party may pay with cash in person at the Clerk's office, 301 Fannin, Houston, Texas 77002.  A filer may also pay by (1) a money order, cashier's check, or certified check issued by a U.S. financial institution or (2) a money order issued by the United States Postal Service.  A money order or a check must be made payable to "Clerk, First Court of Appeals."

There is only one $205 filing fee for each appellate case, regardless of how many appellants there may be, or if multiple notices of appeal are filed. Multiple appellants who are not indigent or exempt must determine amongst themselves how the filing fee will be paid.

## INFORMATION ABOUT THE APPELLATE RECORD

This letter is **NOTICE** to the appellant that the Court may dismiss an appeal for want of prosecution, if the clerk's record is not filed and it is appellant's fault.  See TEX. R. APP. P. 37.3(b); 42.3.  This letter is also **NOTICE** to the appellant that if it is appellant's fault that the reporter's record is not filed, the Court may decide the appeal on those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).  Any motion related to informalities in the manner of bringing this appeal must be filed within thirty (30) days after the appellate record is filed.  TEX. R. APP. P. 10.5(a).

To obtain the clerk's record and reporter's record without payment of costs, a party must file a Statement of Inability to Afford Payment of Court Costs and establish an inability to pay cost in the trial court.  *See* Tex. R. Civ. P. 145.  Unless an appellant has established an inability to pay costs in the trial, the trial-court clerk and court reporter are not required to file the clerk's and reporter's records until appellant has paid the required fees to prepare and certify the records, or has made satisfactory arrangements to pay the fees.  *See* TEX. R. APP. P. 35.3(a)(2), (b)(3).

From information currently available, it appears that the trial court signed the final judgment or other appealable order on July 23, 2018.  Because the notice of appeal indicates that a post-judgment motion was not filed, unless the Court receives information to the contrary, the trial court clerk is due to file the clerk's record and the court reporter is due to file the reporter's record on or before **Monday, August 13, 2018**.

The appellant and/or appellee should inform the Court as soon as possible if (1) this appeal is accelerated or (2) if there is disagreement about (a) the date the trial court signed the final judgment or appealable order or (b) whether a post-judgment motion or request for findings of fact and conclusions of law was timely filed in the trial court.

It is **mandatory** that both the clerk's record and the reporter's record be filed electronically. Both the trial-court clerk and the court reporter are asked to complete the information sheet on the "Forms" page of the Court's website, http://www.txcourts.gov/1stcoa/practice-before-the-court/forms.aspx, and file it with the Court within ten (10) days of the date of this Notice. The parties do not need to file a motion to extend time to file either the clerk's record or the reporter's record. *See* Texas Rules of Appellate Procedure 34.5(b)(1), (c)(2), 35.3(c), and 35.6(b)(1) and Appendix C of the Texas Rules of Appellate Procedure for electronic filing related to preparation of the appellate record.

Parties are encouraged to work together and with the trial court clerk and court reporter to properly designate all necessary items and portions of the testimony to be included in the initial records. The Court generally will not grant a motion to extend time to file a brief because a party requests to supplement the record with an item or portion of the testimony that the party did not timely designate for inclusion in the initial clerk's record or reporter's record. *See* TEX. R. APP. P. 10.5(b), 34.5(c)(1), 34.6(d), 38.6(d).

## INFORMATION ABOUT FILING DOCUMENTS

Texas Rule of Appellate Procedure 9.3 controls the number of paper copies and documents filed in paper form. All documents must include a certificate of service. *See* Tex. R. App. P. 9.5(d), (e). All civil motions must include a certificate of conference, TEX. R. APP. P. 10.1(a)(5), and require a $10 filing fee, unless the movant has established indigence or is exempt from the advance payment of filing fees, e.g., the State or a political subdivision of the State. *See* TEX. R. APP. P. 5; FEES CIV. CASES B (3); Op. Tex Att'y Gen. No. DM-459 (1997). The Court treats a civil motion requesting multiple types of relief as separate motions and requires a separate $10 filing fee for each motion.

## INFORMATION ABOUT THE DOCKETING STATEMENT

An appellant is required to file a docketing statement. *See* TEX. R. APP. P. 42.3. Until the clerk's record is filed, the docketing statement is the primary source of accurate information about a newly-filed appeal. The information is used to establish appellate deadlines and to send notices to the correct parties at the correct addresses. The "Forms" section of the Court's website includes a docketing statement or the appellant may call the Clerk's office and ask that one be mailed. In this case, the Docketing Statement should be filed **within twenty (20) days** of the date of this notice.

**Section XIV** must be completed if an appellant believes that his/her civil appellate matter may qualify for the Pro Bono Program sponsored and administered solely by the State Bar of Texas (SBOT) and the Houston Bar Association's Appellate Practice Section (HBA). See the following websites for information: (1) State Bar of Texas Pro Bono Program, First Court of Appeals, http://www.tex-app.org/DrawOnePage.aspx?PageID=82; (2) the Houston Bar Association's website,http://www.hba.org/services/;and (3) http://www.txcourts.gov/1stCOA, Practice Before the Court, Forms, Civil Docketing Statement.

**Section XII** of the docketing statement is an optional section that requests information related to potential participation in an alternate dispute resolution process or mediation. The Court strongly encourages the parties to provide this information due to the successful history of alternative dispute resolution/mediation processes, even in cases where such success initially appeared unlikely.

## INFORMATION ABOUT BRIEFS

Effective January 1, 2014, **all attorneys in civil cases and criminal cases** must electronically file all documents (except a document submitted under seal or subject to a motion to seal) through the EfileTexas.gov electronic filing system. A party representing themselves pro se (without an attorney) in a civil case, is encouraged to e-file documents, but is not required to do so. Electronically filed documents must conform to TEX. R. APP. P. 9.4 and must be completed through EfileTexas.gov, http://www.efiletexas.gov. Electronically filed briefs must comply with TEX. R. APP. P. 9.4 and with the Texas Supreme Court's Redaction Guidelines found at http://www.txcourts.gov/media/124902/redactionguidelines.pdf.

## INFORMATION ABOUT ATTORNEYS APPEARING BEFORE THE COURT

Texas Rule of Appellate Procedure 6 governs matters related to an attorney's representation of a party before the Court. Attorneys must promptly notify the Clerk's office of any change of address or change in designation of the lead counsel for a party. A nonresident attorney who is not a member of the State Bar of Texas must satisfy the requirements for participation in a Texas legal matter found on the Board of Law Examiners' website http://www.ble.state.tx.us.

## INFORMATION ABOUT NOTICES TO PARTIES

Notice must be sent to all parties of any judgment, mandate, or order issued. *See* Tex. R. App. P. 12.6. If a party is represented by an attorney, notice will be sent to the party's lead counsel. *See* TEX. R. APP. P. 9.5(b). Information available to the public about a case may be found on the "Case Information" page of the Court's website. Parties may sign up for e-mail notices about activity in their case on the "CaseMail" page of the website.

## STANDARDS OF APPELLATE CONDUCT

The Court follows the Standards of Appellate Conduct adopted by the Supreme Court of Texas and the Court of Criminal Appeals. All attorneys and parties—including pro se litigants—are expected to fully comply with these standards, as well as all applicable provisions of the Texas Rules of Appellate Procedure, the Texas Disciplinary Rules of Professional Conduct, and the Code of Judicial Conduct. See the "Court Rules" page, "Other Rules Governing Attorneys" of the Texas Supreme Court's website, http://www.txcourts.gov/supreme.aspx, or call and ask that a copy be mailed to you.

Should you have questions at any time throughout the appellate process of your case, please do not hesitate to call the Clerk's office at 713-274-2700.

Sincerely,

Christopher A. Prine, Clerk of the Court

cc:    Court Reporter 61st District Court (DELIVERED VIA E-MAIL)
The Honorable Harris County District Clerk's Office - Civil (DELIVERED VIA E-MAIL)
Hon. Presiding Judge, Eleventh Administrative Judicial Region (DELIVERED VIA E-MAIL)
Judge 61st District Court (DELIVERED VIA E-MAIL)

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

8/6/2018

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/6/2018 3:55:56 PM

CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
       CHRIS DANIEL, DISTRICT CLERK
       HARRIS COUNTY, TEXAS

CASE NO:   2016-87708    COURT:  61ST    TENTATIVE DUE DATE:   8/13/2018

APPEAL TYPE:   ACCELLERATED          CASE STATUS:   READY DOCKET

APPELLANT:   ROYCE HASSELL

APPELLEE:   MICHAEL HASSELL, PHILLIP HASSELL AND SHAWN HASSELL POTTS

EVENT FILE DATE:   8/3/2018      NUMBER OF DAYS: 10

EVENT CODES:   D OA

FILED BY:   **SILVIA T HASSELL**        TBN:   **9205200**

DATE ORDER SIGNED:   7/23/2018

COURT ASSIGNED TO:   FIRST COURT OF APPEALS

IMAGE NO:   80921235    VOLUME:         PAGE:

MOTION FOR NEW TRIAL FILING DATE:   N/A

NOTES:   NO DATE OF ORDER MENTIONED IN NOTICE OF APPEAL

**CHRIS DANIEL**
**Harris County, District Clerk**

By:  **/s/ DUANE C. GILMORE**
        DUANE C. GILMORE, Deputy

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |
| CR | CROSS-APPEAL |

8/3/2018 8:01 PM
Chris Daniel - District Clerk Harris County
Envelope No. 26514904
By: Duane Gilmore
Filed: 8/3/2018 8:01 PM

**CAUSE NO. 2016-87708**

| | | |
|---|---|---|
| **HASSELL CONSTRUCTION CO., INC., et al,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **ROYCE HASSELL, et al,** | § | |
| **Defendants** | § | **61st JUDICIAL DISTRICT COURT** |

<u>**NOTICE OF APPEAL**</u>

Defendant Royce Hassell desires to appeal the failure of the trial court to rule on the motion to dismiss brought by Defendant, Royce Hassell, under Chapter 27 of the Texas Civil Practice & Remedies Code to dismiss the counter-claims of Michael Hassell, Phillip Hassell, and Shawn Hassell Potts and the original claims of Jason Hassell in Cause Number 2016-87708, *Hassell Construction Company, Inc. v. Royce Hassell, et al;* in the 61st Judicial District Court of Harris County, Texas.

This is an accelerated appeal under TEX. PRAC. & REM. CODE § 27.008(b). TEX. R. CIV. P. 28.1 ("appeals required by statute to be accelerated or expedited").

The accelerated appeal will be to the First or Fourteenth Court of Appeals at Houston, Texas.

I certify that no related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals.

Respectfully submitted,

/s/ Silvia T. Hassell
SILVIA T. HASSELL
Texas Bar No. 09205200
12807 Haynes Rd., Bldg. C
Houston, Texas 77066
Tel. 713-665-2442
Fax. 713-665-0369

E-Mail:  sehassell@aol.com
Attorney for Royce Hassell

**CERTIFICATE OF SERVICE**

I hereby certify that on 3rd day of August, 2018, a true and correct copy of the foregoing instrument was served on all known counsel of record in accordance with the Texas Rules of Civil Procedure by Texas E-file and serve.


_ /s/ Silvia T. Hassell_
SILVIA T. HASSELL

Case No.  201687708

| | | |
|---|---|---|
| HASSELL CONSTRUCTION COMPANY I | * | **DCORX** |
| | * | IN THE DISTRICT COURT OF |
| vs. | * | HARRIS COUNTY, TEXAS |
| HASSELL, ROYCE | * | 61st   JUDICIAL DISTRICT |

Pgs-3

DCORX

## DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. **11/12/18**   **JOINDER**.  All parties must be added and served, whether by amendment or third party practice, by this date.  THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS DOCKET CONTROL ORDER AT THE TIME OF SERVICE.

2. **EXPERT WITNESS DESIGNATION**.  Expert witness designations are required and must be served by the following dates.   The designation must include the information listed in Rule 194.2(f).   Failure to timely respond will be governed by Rule 193.6.
   (a) **12/10/18**   Experts for parties seeking affirmative relief.
   (b) **01/14/19**   All other experts.

3. **STATUS CONFERENCE**.  Parties shall be prepared to discuss all aspects of the case, including ADR, with the court on this date.   TIME:
   Failure to appear will be grounds for dismissal for want of prosecution.

4. **DISCOVERY LIMITATIONS**. The discovery limitations of Rule 190.2, if applicable, or otherwise of Rule 190.3 apply unless changed below:
   (a)   Total hours per side for oral depositions.
   (b)   Number of interrogatories that may be served by each party on any other party.

5. **ALTERNATIVE DISPUTE RESOLUTION.**
   (a)   By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator, if applicable; or (2) set an objection to ADR.  If no agreement or objection is filed, the court may sign an ADR order.
   (b)   ADR conducted pursuant to the agreement of the parties must be completed by this date.

6. **03/11/19**   **DISCOVERY PERIOD ENDS**.   All discovery must be conducted before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement.  Incomplete discovery will not delay the trial.

7. **DISPOSITIVE MOTIONS AND PLEAS**.  Must be heard by oral hearing or submission.
   (a)   If subject to an interlocutory appeal, dispositive motions or pleas must be heard by this date.
   (b) **03/11/19**   Summary judgment motions not subject to an interlocutory appeal must be heard by this date.
   (c) **02/11/19**   Rule 166a(i) motions may not be heard before this date.

8. **02/25/19**   **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

9. **03/04/19**   **PLEADINGS**.   All amendments and supplements must be filed by this date.   This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

10. 
    Parties shall be prepared to discuss all aspects of trial with the court on this date.
    TIME:             Failure to appear will be grounds for dismissal for want of prosecution.

11. **04/15/18**   **TRIAL**. If not assigned by the second Friday following this date, the case will be reset.

SIGNED

Signed: 7/23/2018

*Fredericka Phillips*

FREDERICKA PHILLIPS
Judge, 61ST DISTRICT COURT
Date Generated 07/18/2018

BOGDAN RENTEA
700 LAVACA ST SUITE 1400-2678
AUSTIN TX 78701-3101

5     16781000

JCVO02
rev.11202006

Case No.  201687708

| | | |
|---|---|---|
| | | **DCORX** |
| HASSELL CONSTRUCTION COMPANY I | * | IN THE DISTRICT COURT OF |
| vs. | * | |
| | * | HARRIS COUNTY, TEXAS |
| HASSELL, ROYCE | * | |
| | * | 61st    JUDICIAL DISTRICT |

## DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. **11/12/18**   **JOINDER**.  All parties must be added and served, whether by amendment or third party practice, by this date.  THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS DOCKET CONTROL ORDER AT THE TIME OF SERVICE.

2.       **EXPERT WITNESS DESIGNATION**.  Expert witness designations are required and must be served by the following dates.    The designation must include the information listed in Rule 194.2(f).    Failure to timely respond will be governed by Rule 193.6.
   (a) **12/10/18**   Experts for parties seeking affirmative relief.
   (b) **01/14/19**   All other experts.

3.       **STATUS CONFERENCE**.  Parties shall be prepared to discuss all aspects of the case, including ADR, with the court on this date.   TIME:
   Failure to appear will be grounds for dismissal for want of prosecution.

4.       **DISCOVERY LIMITATIONS**.  The discovery limitations of Rule 190.2, if applicable, or otherwise of Rule 190.3 apply unless changed below:
   (a)   Total hours per side for oral depositions.
   (b)   Number of interrogatories that may be served by each party on any other party.

5.       **ALTERNATIVE DISPUTE RESOLUTION.**
   (a)   By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator, if applicable; or (2) set an objection to ADR.  If no agreement or objection is filed, the court may sign an ADR order.
   (b)   ADR conducted pursuant to the agreement of the parties must be completed by this date.

6. **03/11/19**   **DISCOVERY PERIOD ENDS.**    All discovery must be conducted before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement.  Incomplete discovery will not delay the trial.

7.       **DISPOSITIVE MOTIONS AND PLEAS**.  Must be heard by oral hearing or submission.
   (a)   If subject to an interlocutory appeal, dispositive motions or pleas must be heard by this date.
   (b) **03/11/19**   Summary judgment motions not subject to an interlocutory appeal must be heard by this date.
   (c) **02/11/19**   Rule 166a(i) motions may not be heard before this date.

8. **02/25/19**   **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

9. **03/04/19**   **PLEADINGS**.  All amendments and supplements must be filed by this date.   This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

10.       Parties shall be prepared to discuss all aspects of trial with the court on this date.
   TIME:             Failure to appear will be grounds for dismissal for want of prosecution.

11. **04/15/18**   **TRIAL**. If not assigned by the second Friday following this date, the case will be reset.

SIGNED                  Signed: 7/23/2018

*Fredericka Phillips*

SILVIA T. HASSELL
12512 CUTTEN RD STE A
HOUSTON TX 77066-1822                  3        9205200

FREDERICKA PHILLIPS
Judge, 61ST DISTRICT COURT
Date Generated 07/18/2018

JCVO02
rev.11202006

Case No.  201687708

| | | |
|---|---|---|
| HASSELL CONSTRUCTION COMPANY I | * | **DCORX**<br>IN THE DISTRICT COURT OF |
| vs. | * | HARRIS COUNTY, TEXAS |
| HASSELL, ROYCE | * | 61st   JUDICIAL DISTRICT |

## DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. **11/12/18**   **JOINDER**.  All parties must be added and served, whether by amendment or third party practice, by this date.  THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS DOCKET CONTROL ORDER AT THE TIME OF SERVICE.

2.   **EXPERT WITNESS DESIGNATION**.  Expert witness designations are required and must be served by the following dates.    The designation must include the information listed in Rule 194.2(f).    Failure to timely respond will be governed by Rule 193.6.
   (a) **12/10/18**   Experts for parties seeking affirmative relief.
   (b) **01/14/19**   All other experts.

3.   **STATUS CONFERENCE**.   Parties shall be prepared to discuss all aspects of the case, including ADR, with the court on this date.   TIME:
   Failure to appear will be grounds for dismissal for want of prosecution.

4.   **DISCOVERY LIMITATIONS**.  The discovery limitations of Rule 190.2, if applicable, or otherwise of Rule 190.3 apply unless changed below:
   (a)   Total hours per side for oral depositions.
   (b)   Number of interrogatories that may be served by each party on any other party.

5.   **ALTERNATIVE DISPUTE RESOLUTION.**
   (a)   By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator, if applicable; or (2) set an objection to ADR.  If no agreement or objection is filed, the court may sign an ADR order.
   (b)   ADR conducted pursuant to the agreement of the parties must be completed by this date.

6.  **03/11/19**   **DISCOVERY PERIOD ENDS**.    All discovery must be conducted before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement.  Incomplete discovery will not delay the trial.

7.   **DISPOSITIVE MOTIONS AND PLEAS**.  Must be heard by oral hearing or submission.
   (a)   If subject to an interlocutory appeal, dispositive motions or pleas must be heard by this date.
   (b) **03/11/19**   Summary judgment motions not subject to an interlocutory appeal must be heard by this date.
   (c) **02/11/19**   Rule 166a(i) motions may not be heard before this date.

8. **02/25/19**   **CHALLENGES TO EXPERT TESTIMONY**.   All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

9. **03/04/19**   **PLEADINGS**.   All amendments and supplements must be filed by this date.    This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

10.
   Parties shall be prepared to discuss all aspects of trial with the court on this date.
   TIME:               Failure to appear will be grounds for dismissal for want of prosecution.

11. **04/15/18**   **TRIAL**. If not assigned by the second Friday following this date, the case will be reset.

SIGNED         Signed: 7/23/2018

*Fredericka Phillips*

DERRICK BRYAN CARSON
600 TRAVIS ST STE 2800
HOUSTON TX 77002-2914

1      24001847

FREDERICKA PHILLIPS
Judge, 61ST DISTRICT COURT
Date Generated 07/18/2018

JCVO02
rev.11202006

(19) CONNECTION(S) FOUND.

| CASE NUM: | 201687708 | PJN: | | TRANS NUM: | | CURRENT COURT: | 61 | PUB: | Please Select |

| CASE TYPE: | OTHER CIVIL | | CASE STATUS: | READY DOCKET |

| STYLE: | HASSELL CONSTRUCTION COMPANY INC | VS | HASSELL, ROYCE |

**** ACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00013 - 0001 | AGT | | R HASSELL PROPERTIES INC MAY BE SERVED BY | | |
| ☐ | | 00012 - 0001 | 3PD | | TAURIELLO, TERRY | | |
| ☐ | | 00011 - 0001 | AGT | | RHP  BY SERVING ITS REGISTERED AGENT ROYC | | |
| ☐ | | 00010 - 0001 | 3PD | | RHP | | |
| ☐ | | 00008 - 0002 | 3PP | 16781000 | HASSELL, SHAWN POTTS | | RENTEA, BOGDAN |
| ☐ | | 00007 - 0002 | 3PP | 16781000 | HASSELL, PHILLIP | | RENTEA, BOGDAN |
| ☐ | | 00005 - 0003 | 3PP | 16781000 | HASSELL, MICHAEL | | RENTEA, BOGDAN |
| ☐ | | 00009 - 0001 | AGT | | TRUSTEE OF JAMES C HASSELL INTERVIVOS TRU | | |
| ☐ | | 00008 - 0001 | 3PD | | HASSELL, SHAWN POTTS | | |
| ☐ | | 00007 - 0001 | 3PD | 16781000 | HASSELL, PHILLIP | | RENTEA, BOGDAN |
| ☐ | | 00006 - 0001 | 3PD | | TRUSTEE OF JAMES C HASSELL INTERVIVOS TRU | | |
| ☐ | | 00005 - 0001 | 3PD | 16781000 | HASSELL, MICHAEL | | RENTEA, BOGDAN |
| ☐ | | 00004 - 0001 | 3PP | 24001847 | HASSELL, ROYCE | | CARSON, DERRICK BRYAN |
| ☐ | | 00005 - 0002 | XDF | | HASSELL, MICHAEL | | |
| ☐ | | 00002 - 0002 | XPL | 24001847 | HASSELL, ROYCE | | CARSON, DERRICK BRYAN |
| ☐ | | 00001 - 0002 | XDF | 16781000 | HASSELL CONSTRUCTION COMPANY INC | | RENTEA, BOGDAN |
| ☐ | | 00003 - 0001 | DEF | 09205200 | HASSELL, SILVIA | | HASSELL, SILVIA T. |
| ☐ | | 00002 - 0001 | DEF | 09205200 | HASSELL, ROYCE | | HASSELL, SILVIA T. |
| ☐ | | 00001 - 0001 | PLT | 16781000 | HASSELL CONSTRUCTION COMPANY INC | | RENTEA, BOGDAN |

(2) CONNECTION(S) FOUND.

| CASE NUM: | 201687708 | PJN: | | TRANS NUM: | | CURRENT COURT: | 61 | PUB: | Please Select |

| CASE TYPE: | OTHER CIVIL | | CASE STATUS: | READY DOCKET |
| STYLE: | HASSELL CONSTRUCTION COMPANY INC | VS | HASSELL, ROYCE |

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00003 - 0001 | PAD | 24001847 | CARSON, DERRICK BRYAN | | |
| ☐ | | 00002 - 0001 | PAD | 24001847 | CARSON, DERRICK BRYAN | | |

FILE COPY



**SHERRY RADACK**
 CHIEF JUSTICE

**TERRY JENNINGS**
**EVELYN KEYES**
**LAURA CARTER HIGLEY**
**JANE BLAND**
**MICHAEL MASSENGALE**
**HARVEY BROWN**
**RUSSELL LLOYD**
**JENNIFER CAUGHEY**
 JUSTICES

**CHRISTOPHER A. PRINE**
 CLERK OF THE COURT

**JANET WILLIAMS**
 CHIEF STAFF ATTORNEY

**PHONE: 713-274-2700**

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

August 7, 2018

Silvia T. Hassell
12807 Haynes Rd., Bldg,. C
Houston, TX 77066-1123
\* DELIVERED VIA E-MAIL \*

**RE:    Court of Appeals Number:**  01-18-00709-CV  **Trial Court Case Number:**  2016-87708

**Style:**  Royce  Hassell
              v.
              Hassell Construction Co., Inc. et al

As of the date of this **NOTICE**, appellant(s) has not paid the required $205 filing fee to prosecute this appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees at time of filing, unless excused); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

This is **NOTICE** to the appellant that this appeal is subject to dismissal, if the filing fee has not been paid **within 20 days** of this NOTICE. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal). Unless an appellant is exempt from paying filing fees or has established an inability to pay filing fees, the appellant must pay the required $205 filing fee to prosecute the appeal.  *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless excused) and 20.1 (listing requirements for establishing an inability to pay costs).

Sincerely,

Christopher A. Prine, Clerk of the Court